IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| STEPHEN JOSEPH PIKE, | ) CASE NO. 22-11618-KHK |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| STEPHEN JOSEPH PIKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) AD. PRO. NO. 23-01006-KHK |
| | ) |
| U.S. DEPARTMENT OF EDUCATION, ET AL., | ) |
| | ) |
| Defendants. | ) |

CONSENT ORDER

UPON CONSIDERATION of the Consent Motion for Entry of Order filed by the United

States and with the consent of the Plaintiff, as evidenced by the signatures of counsel, below,

IT IS HEREBY ORDERED THAT:

1.      The student loan obligations of the Plaintiff to the Defendant U.S. Department of

Education at issue in the above-captioned adversary proceeding are hereby discharged pursuant

to 11 U.S.C. Sec. 523(a)(8).

2.      The above-captioned adversary proceeding is hereby DISMISSED.

Robert K. Coulter
Assistant United States Attorney
VSB: 42512
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3745
Counsel for the United States of America

3.      The clerk will mail a copy of this order, or give electronic notice of its entry, to

the parties listed below.

Date:

_____
HON.   KLINETTE H. KINDRED
United States Bankruptcy Judge

Copies to:

Robert K. Coulter
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314

Michael J. O. Sandler
Fisher-Sandler, LLC
12801 Darby Brooke Court, Suite 201
Woodbridge, VA  22192

I ASK FOR THIS:

/s/ Robert K. Coulter
Robert K. Coulter
Assistant United States Attorney, VSB:42512
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3745
Telefax: (703) 299-2584
Counsel for United States of America

2

SEEN AND AGREED:

/s/  Michael O. Sandler_____  By RKC with permission via email dated 3/21/2023
Michael J. O. Sandler
Fisher-Sandler, LLC
12801 Darby Brooke Court, Suite 201
Woodbridge, VA  22192
703-967-3315 (cell)
703-494-3323 (office)
703-910-6235 (fax)
Counsel for the Debtor

˘3˘

<u>LOCAL RULE 9022-1(C) CERTIFICATION</u>

I hereby certify that the foregoing proposed Order has been signed by all necessary parties.

Date:

<u>/s/ Robert K. Coulter</u>
Robert K. Coulter
Assistant United States Attorney